IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| ACCU-TIME SYSTEMS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-10178-RGS |
| ZUCCHETTI U.S.A., ZUCCHETTI TMC S.r.l., and AXESS TMC S.r.l. | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL

Plaintiff Accu-Time Systems, Inc. ("Accu-Time") and defendants Zucchetti U.S.A., Zucchetti TMC S.r.l., and Axess TMC S.r.l. (collectively referred to as "Defendants") hereby stipulate and agree as follows, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. The presently accused terminals made, used, sold and/or offered for sale by the Defendants in the United States do not infringe either the '541 patent or the '455 patent.

2. Any terminal that may be made, used, sold and/or offered for sale by the Defendants in the United States in the future, in which the comparison of epidermal topographical patterns is performed entirely within the terminal, will not be accused of infringement of either the '541 patent or the '455 patent.

3. All claims asserted, or that could have been asserted, by Accu-Time in this action are hereby dismissed with prejudice.

4. All counterclaims, affirmative defenses and claims for relief that were asserted or could have been asserted by the Defendants in this action are hereby dismissed with prejudice,

- 2 -

except that the Defendants shall have the right in any future action to assert any and all defenses to the '541 or '455 patent, including non-infringement, invalidity and/or unenforceability.

5. The parties waive all rights of appeal. This dismissal shall be without award of costs to any party, and each party shall bear its own attorneys' fees and other expenses.

Respectfully submitted,

| ACCU-TIME SYSTEMS, INC. | ZUCCHETTI U.S.A., ZUCCHETTI TMC S.r.l., and AXESS TMC S.r.l., |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Anthony S. Volpe | /s/ Anthony J. Fitzpatrick |
| James M. Wodarski (BBO # 627036) | Anthony J. Fitzpatrick (BBO # 564324) |
| Joseph H. Corselli (BBO # 661895) | Christopher S. Kroon (BBO # 660286) |
| MINTZ LEVIN COHN | DUANE MORRIS LLP |
| FERRIS GLOVSKY & POPEO PC | 470 Atlantic Avenue, Suite 500 |
| One Financial Center | Boston, MA 02210 |
| Boston, Massachusetts 02111 | (857) 488-4200 |
| (617) 542-6000 | |
| Anthony S. Volpe *(pro hac vice)* | Sandra A. Jeskie *(pro hac vice)* |
| John J. O'Malley *(pro hac vice)* | Joseph A. Powers *(pro hac vice)* |
| VOLPE AND KOENIG, P.C. | DUANE MORRIS LLP |
| United Plaza, Suite 1600 | United Plaza, Suite 1200 |
| 30 S. 17th Street | 30 S. 17th Street |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| (215) 568-6400 | (215) 979-1000 |

Dated: April 18, 2008

- 3 -

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 18, 2008.

                                                /s/ Anthony J. Fitzpatrick
                                                Anthony J. Fitzpatrick